# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
LEE ANN JAUREGUI,
        Defendant.

**APPEARANCE**

Case Number:  08MJ2561

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    LEE ANN JAUREGUI

    I certify that I am admitted to practice in this court.

| 8/20/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467       (619) 687-2666 |
| | Phone Number                Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 20, 2008                                  /s/ Joseph McMullen
                                                        JOSEPH McMULLEN
                                                        Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467 (tel)
                                                        (619) 687-2666 (fax)
                                                        e-mail: Joseph_McMullen@fd.org